Per Curiam.

The return of the officer is not non est inventus; nor sufficient to charge the bail. Let the plaintiff be called, (a)

Plaintiff nonsuit.

*219 CASES ARGUED AND DETERMINED IN THE SUPREME JUDICIAL COURT, IN THE COUNTY OF LINCOLN, JUNE TERM, 1814, AT WISCASSET. PRESENT: Hon. SAMUEL SEW ALL, Chief Justice. Hon. GEORGE THATCHER,) Hon. ISAAC PARKER, > Justices Hon. DANIEL DEWEY, )

 Vide Sayward & Al. vs. Conant, ante, 146, and note.